# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Disability Support Alliance, on behalf of its members, Melanie Davis,<br><br>                      Plaintiffs,<br><br>v.<br><br>Arora Enterprises, Inc.,<br>Akal Properties, LLC,<br><br>                      Defendants. | Civil No. 15-3260 (RHK/FLN)<br><br>**DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 17, 2015

                                              s/Richard H. Kyle<br>
                                              RICHARD H. KYLE<br>
                                              United States District Judge