UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members; and MELANIE DAVIS,<br><br>*Plaintiffs*,<br><br>v.<br><br>ARORA ENTERPRISES, INC; and AKAL PROPERTIES, LLC,<br><br>*Defendants*. | Case No. 15-cv-3260 (PAM/FLN)<br><br><br>**PLAINTIFFS' RULE 41(A)(1) NOTICE OF DISMISSAL WITH PREJUDICE** |

**PLAINTIFFS' RULE 41(a)(1) NOTICE
OF DISMISSAL WITH PREJUDICE**

    Plaintiffs Disability Support Alliance and Melanie Davis through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismiss their Complaint against the above-captioned Defendants with prejudice. Because the Defendants have neither served an Answer nor a motion for summary judgment, dismissal with prejudice is proper under Rule 41(a)(1)(A).

Respectfully submitted,

DATED: <u>December 2, 2015</u>

/s/ Paul R. Hansmeier
Paul R. Hansmeier (MN Bar # 387795)
CLASS JUSTICE PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
E-mail: mail@classjustice.org
Phone: (612) 326-9801
*Attorney for Plaintiffs*

- 1 -